**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6222**

---

LEONARD THOMAS WITT,

Plaintiff - Appellant,

versus

J. SYKES, Correctional Officer,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-96-1471-AM)

---

Submitted:  April 17, 1997                Decided:  May 2, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Leonard Thomas Witt, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leonard Thomas Witt appeals the district court's order dismissing, without prejudice, his 42 U.S.C. § 1983 (1994) complaint. The district court assessed an initial payment of Witt's filing fee in accordance with 28 U.S.C.A. § 1915(b) (West 1994 & Supp. 1997), and dismissed the case without prejudice when Witt failed to comply with the fee order. Finding no abuse of discretion, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2